| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RONNELLE WATSON, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:20-CV-93
§
PHYSICIAN ASSISTANT DANIELS, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Ronnelle Watson, proceeding *pro se*, filed the above-styled lawsuit against Physician Assistant Daniels and the University of Texas Medical Branch ("UTMB"). The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the claim against UTMB be dismissed without prejudice for lack of subject-matter jurisdiction.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the court. The claim against UTMB is dismissed without prejudice for lack of subject-matter jurisdiction.

**Signed this date**
**May 9, 2022**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE